UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI SAYYED,

Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK,

Defendant.

CIVIL ACTION NO. 26 Civ. 7422 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 25, 2026, Plaintiff Ali Sayyed ("Plaintiff") filed a complaint against Defendant City University of New York ("CUNY"). (Dkt. No. 1 (the "Complaint")). On October 16, 2026, Plaintiff served the summons and Complaint on CUNY, making CUNY's deadline to respond November 6, 2026. (Dkt. No. 7). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, CUNY has not responded to the Complaint.

As a one-time courtesy, the Court sua sponte **EXTENDS** CUNY's deadline to respond to the Complaint to **November 23, 2026**. THE COURT WARNS CUNY THAT FAILURE TO TIMELY RESPOND TO THE COMPLAINT MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST IT.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant City University of New York at 205 East 42nd Street, 11th Floor, New York NY 10017.

Dated: New York, New York
November 9, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**